IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO. ·no

JUN 05 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00722-BNB

JURGEN D. BENSON,

      Plaintiff,

v.

COLO. DEPT. CORRECTION,
COLO. DIV. OF ADULT PAROLE,
TERRY MAKETA, El Paso County Sheriff Office,
COLO. PAROLE OFFICER MARK ALLISON, and
COLO. PAROLE BOARD,

      Defendants.

---

## ORDER OF DISMISSAL

---

Plaintiff, Jurgen D. Benson, currently is incarcerated at the El Paso County Sheriff's Department in Colorado Springs, Colorado. He submitted to the Court *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.

In an order filed on April 9, 2008, Magistrate Judge Boyd N. Boland granted the motion pursuant to 28 U.S.C. § 1915 (2006), required Mr. Benson to pay the full amount of the $350.00 filing fee in installments, and directed him to pay an initial partial filing fee of $23.00 within thirty days or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. The April 9 order warned Mr. Benson that if he failed by the designated deadline to have the 23.00 initial partial filing fee sent to the clerk of the Court or to show cause why he has no assets and no

means by which to pay the initial partial filing fee, the complaint would be dismissed without further notice.

Mr. Benson has failed within the time allowed to pay the $23.00 initial partial filing fee, to show cause why he is unable to do so, or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for failure to prosecute and for Plaintiff's failure within the time allowed to pay the initial partial filing fee of $23.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee.

DATED at Denver, Colorado, this 5 day of _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00722-BNB

Jurgen D. Benson
Reg. No. 132056
El Paso County
2340 Washo Circle
Colorado Springs, CO 80915

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/6/0

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk